IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DERRICK MCCANN, | No. C 16-00640 EJD (PR) |
| Plaintiff. | ORDER OF DISMISSAL |

Plaintiff, a state prisoner at Correctional Training Facility ("CTF"), filed a letter on February 8, 2016, which initiated this civil rights action under 42 U.S.C. § 1983. (Docket No. 1.)[1] On the same day, the Clerk of the Court sent notices to Plaintiff directing him to file a complaint on the Court form, and to either pay the filing fee or file an application to proceed in forma pauperis ("IFP"). On March 21, 2016, mail sent to Plaintiff was returned to the Court as undeliverable with a notation that Plaintiff had been paroled on February 23, 2016. As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must

---

[1] The action was reassigned to this Court when Plaintiff failed to respond, within the time proved, to a request for consent to proceed before a magistrate judge. (Docket No. 6.)

Order of Dismissal
P:\PRO-SE\EJD\CR.16\00640McCann_dism LR3-11.wpd         1

1  promptly file a notice of change of address while an action is pending.  See L.R. 3-11(a).
2  The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro
3  se party by the Court has been returned to the Court as not deliverable, and (2) the Court
4  fails to receive within sixty days of this return a written communication from the pro se
5  party indicating a current address.  See L.R. 3-11(b).
6      More than sixty days have passed since the mail addressed to Plaintiff was
7  returned as undeliverable.  The Court has not received a notice from Plaintiff of a new
8  address.  Accordingly, the instant civil rights action is **DISMISSED** without prejudice
9  pursuant to Rule 3-11 of the Northern District Local Rules.
10     The Clerk shall terminate any pending motions.

12  DATED:  5/25/2016

EDWARD J. DAVILA
United States District Judge